156 So. 579

## GRAND LODGE, KNIGHTS OF PYTHIAS v. Fannie YANCY.

### 6 Div. 598.

Supreme Court of Alabama.

June 21, 1934.

Rehearing Denied Oct. 4, 1934.

Rueben H. Wright and W. C. Warren, both of Tuscaloosa, for the motion.

Foster, Rice & Foster and Hyman Rosenfeld, all of Tuscaloosa, opposed.

THOMAS, Justice.

Petition of the Grand Lodge of Knights of Pythias of North America, South America, Europe, Asia, Africa, and Australia, of the state of Alabama, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Grand Lodge, etc., v. Fannie Yancy, 156 So. 575.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

[1] Post, p. 270.